# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEBRA L. JONES,
               Appellant,
vs.
RICHARD C. JONES,
               Respondent.

No. 77823

**FILED**

JAN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to obtain adjudication of community property mistakenly omitted from divorce. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to obtain adjudication of community property mistakenly omitted from divorce. We lack jurisdiction over the appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-02936

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Debra L. Jones
Richard C. Jones
Eighth District Court Clerk